No. 373.   J. B. GARRISON et al, *v.* ANNA P. BLANKEN- ·
SHIP, et al.   Appeal by defendants.
*Per Curiam:*   Judgment below affirmed.

No. 397.   STATE *v.* THOMAS SCRONCE;   from   Lincoln.
Appeal by defendant.
*Per Curiam:*   Judgment below affirmed.

No. 442.   STATE *v.* W. B. CASE et al; from Transylvania.
Appeal by the State.
*Per Curiam:*   Judgment below affirmed.

No. 449.   J. M. MOSS, Receiver, *v.* A. N. LEATHERWOOD,
from Clay.   Appeal by defendant.
*Per Curiam:*   Appeal dismissed under Rule 15.

No. 450.   J. L. DOVER AND WIFE *v.* H. R. RAY; from
Madison.   Appeal by plaintiff.
*Per Curiam:*   Appeal dismissed under Rule 16.

No. 491.   J. A. KLINE, et al, *v.* FRENCH BROAD LUMBER
COMPANY; from Swain.   Appeal by defendant.
*Per Curiam:*   Appeal dismissed under Rule 17.

No. 492.   J. D. TABOR *v.* S. E. CLARK;   from Swain.
Appeal by plaintiff.
*Per Curiam:*   Appeal dismissed under Rule 17.